IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD,                              No. CIV S-08-1088-MCE-CMK

    Petitioner,

  vs.                                          <u>ORDER</u>

DEBRA BOWEN,

    Respondent.

_____/

        Petitioner, who is proceeding pro se and in forma pauperis, brings this petition for a writ of mandamus. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On June 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed June 27, 2008, are adopted in full;
7  2.  This action is dismissed; and
8  3.  The Clerk of the Court is directed to enter judgment and close this file.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE